# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## ST. JOSEPH DIVISION

| | |
|---|---|
| JIMETRO ALLEN DORSEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 5:21-06127-CV-RK |
| ELI LILLY AND COMPANY, | ) ) ) |
| Defendant. | ) |

## ORDER

On November 8, 2021, the Court entered its Order (doc. 7) requiring Plaintiff to (1) show cause why this case should not be dismissed under Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to prosecute, and (2) file a response to Defendant's motion to dismiss (doc. 5) by November 22, 2021. In that Order, the Court warned that the case would be dismissed without further notice if Plaintiff failed to comply with the Court's Order by that date. (Doc. 7.) As of the date of this Order, Plaintiff has failed to comply with this Court's Order to Show Cause of November 8, 2021.

Accordingly, the Court **ORDERS** as follows:

(1) Defendant's motion to dismiss (doc. 5) is **DENIED AS MOOT.**

(2) This case is **DISMISSED without prejudice**, pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and for failure to comply with this Court's Order.

**IT IS SO ORDERED.**

/s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: November 29, 2021